IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL |
| Plaintiff, | **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | |
| Defendant. | |

The Court held a Further Case Management Conference on March 23, 2010 at which the parties discussed further ADR options. As stated at the conference, the Court refers this matter to a settlement conference with a magistrate judge to take place within ninety days or as soon thereafter as the assigned magistrate judge's calendar will allow. If the parties agree instead to return to private mediation with Judge Infante, they may do so. If the parties choose to forego a court-sponsored settlement conference and to return to private mediation, they shall notify the assigned settlement judge immediately. The Court authorizes Judge Infante to require client representatives with full settlement authority to attend the mediation in person.

**IT IS SO ORDERED.**

Dated: March 29, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge