UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

RES-CARE INC.,

                Plaintiff(s),             No. C 09-03856 LB

   v.

                                **ORDER VACATING HEARING DATE**

ROTO-ROOTER SERVICES COMPANY,

                Defendant(s).

_____/

      On June 14, 2010, the parties in this case appeared before this Court for a settlement conference. As detailed in the Civil Minute Order following the conference, it was anticipated that Plaintiff and Defendant Bradford-White would be filing a joint Motion for Good Faith Settlement Determination before Judge Laporte for referral to this Court for hearing on July 15, 2010. *See* EFC No. 34. To date, the parties have not filed their joint motion or filed a request to continue the hearing date. Accordingly, the Court **VACATES** the July 15, 2010 hearing date.

      If Plaintiff and Bradford-White still intend to proceed with a joint motion and good faith settlement determination hearing at a later date, they may contact Judge Beeler's Deputy Clerk, Lashanda Scott, at (510) 637-3525 to obtain a list of available dates and times. Plaintiff and Bradford-White shall then confer with the other Defendants to ascertain the most convenient time to set the hearing. Plaintiff and Bradford-White are further advised that any motion must be filed

C 09-03856
Order Vacating July 15, 2010 Hearing

before Judge Laporte no later than 21 days before the noticed hearing date and be accompanied by a proposed order for Judge Laporte's signature requesting that the matter be referred to this Court for hearing.  Any oppositions from Defendants shall be due 14 days before the hearing date.

**IT IS SO ORDERED.**

Dated: July 7, 2010

_____
LAUREL BEELER
United States Magistrate Judge