1  Richard S. Diestel, No. 095059
2  Alison M. Crane, No. 197359
   **BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP**
3  601 California Street, 16th Floor
   San Francisco, California 94108-2805
4  Telephone: (415) 981-5411/Facsimile: (415) 981-0352

5  William J. Cremer, *(Admitted Pro Hac Vice)*
   Thomas R. Pender, *(Admitted Pro Hac Vice)*
6  **CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC**
7  180 North LaSalle Street, Suite 3300
   Chicago, Illinois 60601
8  Telephone: (312) 726-3800/Facsimile: (312) 726-3818

9  Attorneys for Defendant
   LEONARD VALVE COMPANY
10

11              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION

13  RES-CARE, INC.,
                                          Case No. CV 09 3856 EDL
14              Plaintiff,
15       v.                               [~~PROPOSED~~] ORDER GRANTING
                                          LEONARD VALVE'S COMPANY
16  ROTO-ROOTER SERVICES COMPANY,         REPRESENTATIVE AND INSURER
    ROTO-ROOTER CORPORATION,              TO APPEAR BY TELEPHONE AT
17  BRADFORD-WHITE CORPORATION,           SETTLEMENT CONFERENCE
    LEONARD VALVE COMPANY, and DOES
18  1 through 20, inclusive,              Complaint Filed: August 21, 2009

19              Defendants.

20
21
22
23
24
25
26
27
28  [~~PROPOSED~~] ORDER GRANTING LEONARD VALVE'S COMPANY REPRESENTATIVE AND INSURER TO
    APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE

The request of defendant LEONARD VALVE COMPANY to not have its company representative and insurer physically present at the continued settlement conference on September 7, 2010 has been considered by the Court. The Court grants LEONARD VALVE's request and orders LEONARD VALVE to be represented in person by its counsel at the continued settlement conference. LEONARD VALVE's company representative and insurer are ordered to be available by phone for this conference.

**IT IS SO ORDERED.**

Dated: __8/10/10__

_____
The Honorable Laurel Beeler

[PROPOSED] ORDER GRANTING LEONARD VALVE'S COMPANY REPRESENTATIVE AND INSURER TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE