| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | JAMES A. NAPOLI - 131968 |
| 2 | jnapoli@hansonbridgett.com |
| | LORI C. FERGUSON - 230586 |
| 3 | lferguson@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 4 | San Francisco, CA  94105 |
| | Telephone:   (415) 777-3200 |
| 5 | Facsimile:    (415) 541-9366 |

Attorneys for Plaintiff
RES-CARE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RES-CARE, INC., | No. C 09 03856 EDL (LB) |
| Plaintiff, | **JOINT STIPULATION AND (PROPOSED) ORDER TO TAKE SETTLEMENT CONFERENCE OFF CALENDAR** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, ROTO-ROOTER CORPORATION, BRADFORD-WHITE CORPORATION, LEONARD VALVE COMPANY, and DOES 1 through 20, inclusive, | Date:  September 7, 2010<br>Time:  10:30 a.m.<br>Judge:  Hon. Laurel Beeler<br>Room:  4, 3rd Floor<br><br>Action Filed:  August 21, 2009<br>Trial Date:   November 29, 2010 |
| Defendants. | |

Plaintiff RES-CARE, INC.; Defendants ROTO-ROOTER SERVICES COMPANY and ROTO-ROOTER CORPORATION; and Defendant LEONARD VALVE COMPANY (the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to take the take the Settlement Conference currently set for September 7, 2009, off calendar.

Good cause exists for taking the current Settlement Conference date off calendar because a hearing on Defendants' respective Motions for Summary Judgment is currently scheduled for September 16, 2010, which the Parties believe will detract from

the effectiveness of the Settlement Conference.

The Parties request that the Court reschedule the Settlement Conference for a date after the Court has had an opportunity to rule on Defendants' Motions for Summary Judgment.

| DATED: August 28, 2010 | HANSON BRIDGETT LLP |
|---|---|
| | //s// |
| | JAMES A. NAPOLI<br>LORI C. FERGUSON<br>Attorneys for Plaintiff, RES-CARE, INC. |
| DATED: August 27, 2010 | SIMONCINI & ASSOCIATES |
| | //s// |
| | KENNETH D. SIMONCINI<br>KERRI A. JOHNSON<br>ANGELA G. OMPOC<br>Attorneys for Defendant, Roto-Rooter Services Company, Roto-Rooter Corporation |
| DATED: August 27, 2010 | CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC |
| | //s// |
| | WILLIAM J. CREMER<br>THOMAS R. PENDER<br>Attorneys for Defendant, Leonard Valve Company |
| DATED: August 27, 2010 | CANNATA, CHING & O'TOOLE LLP |
| | //s// |
| | THERESE Y. CANNATA<br>JOSEPH C. WRIGHT<br>Attorneys for Defendant, BRADFORD WHITE CORPORATION |

### ~~(PROPOSED)~~ ORDER

IT IS HEREBY ORDERED that the September 7, 2010 Settlement Conference be taken off calendar.

_____
The Honorable
U.S. District Court Judge

**GRANTED**
Judge Laurel Beeler