Richard S. Diestel, No. 095059
Alison M. Crane, No. 197359
**BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone: (415) 981-5411/Facsimile: (415) 981-0352

William J. Cremer, *(Admitted Pro Hac Vice)*
Thomas R. Pender, *(Admitted Pro Hac Vice)*
**CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC**
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 726-3800/Facsimile: (312) 726-3818

Attorneys for Defendant
LEONARD VALVE COMPANY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RES-CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROTO-ROOTER SERVICES COMPANY, ROTO-ROOTER CORPORATION, BRADFORD-WHITE CORPORATION, LEONARD VALVE COMPANY, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. CV 09 3856 EDL <br><br> ~~(PROPOSED)~~ ORDER GRANTING LEONARD VALVE'S COMPANY REPRESENTATIVE AND INSURER TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE <br><br> Complaint Filed: August 21, 2009 |

The request of defendant LEONARD VALVE COMPANY to not have its company representative and insurer physically present at the continued settlement conference on October 25, 2010, has been considered by the Court. The Court grants LEONARD VALVE COMPANY's request and orders LEONARD VALVE to be represented in person by its counsel at the continued settlement conference. LEONARD VALVE's company representative and insured are ordered to be available by phone for this conference.

1  **IT IS SO ORDERED**, granting Leonard Valve's request.

2

3  Dated:  10/20/10

   _____
   The Honorable Laurel Beeler

*[GRANTED stamp — Judge Laurel Beeler, United States District Court, Northern District of California]*