IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL |
| Plaintiff, | **ORDER CONTINUING TRIAL DATE** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, et al., | |
| Defendants. / | |

The Court will be unavailable during the week of November 29, 2010. Therefore, the trial in this case will begin on December 6, 2010. The Court contemplates no more than ten days for trial, ending no later than December 17, 2010, and will address the length of the trial more specifically at the pretrial conference, which remains set for November 10, 2010.

**IT IS SO ORDERED.**

Dated: October 28, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge