| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | JAMES A. NAPOLI - 131968 |
| 2 | jnapoli@hansonbridgett.com |
| | LORI C. FERGUSON - 230586 |
| 3 | lferguson@hansonbridgett.com |
| | WARREN R. WEBSTER - 209540 |
| 4 | wwebster@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
| | Telephone:   (415) 777-3200 |
| 6 | Facsimile:   (415) 541-9366 |
| 7 | Attorneys for Plaintiff |
| | RES-CARE, INC. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RES-CARE, INC., | No. C-09-03856-EDL |
| Plaintiff, | **PLAINTIFF RES-CARE INC.'S CORRECTED APPLICATION AND [PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND TECHNOLOGY** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, ROTO-ROOTER CORPORATION, BRADFORD-WHITE CORPORATION, LEONARD VALVE COMPANY, and DOES 1 through 20, inclusive, | Trial Date:   December 6, 2010<br>Time:         8:30 a.m.<br>Place:        Courtroom E, 15th Floor<br>Judge:        Hon. Elizabeth D. Laporte |
| Defendants. | |

**TO THE JUDGE OF THE ABOVE-ENTITLED COURT:**

Plaintiff, RES-CARE, INC. ("RES-CARE"), hereby requests that the Court issue an Order allowing Plaintiff to display trial exhibits electronically on a projection screen at trial, thereby permitting use of trial presentation software and a trial technology paralegal to facilitate this process.

Accordingly, Plaintiff asks that this Court permit Plaintiff's trial team to transport through courthouse security the following items for trial before this Court in the above-captioned matter starting on December 6, 2010, as follows:

1 24" x 36" technician's table

1 laptop computer
1 external hard drive
1 Canon SX6 projector
1 10' cradle mount projector screen (if necessary)
1 box of cable, tape, and adapters

    Plaintiff also requests that it be allowed to store some or all of this equipment in a secure location in the courthouse.  Plaintiff further requests that its trial paralegal be allowed to set up and test trial equipment prior to the commencement of trial on the morning of December 6, 2010, or at such time thereafter as directed by the Court.

DATED:  October 29, 2010                              HANSON BRIDGETT LLP

By:   /s/
JAMES A. NAPOLI
Attorneys for Plaintiff
RES-CARE, INC., et. al.

**ORDER**

    After reviewing the application and Plaintiff's request, IT IS SO ORDERED:

    Plaintiff will be permitted to bring the above-mentioned items through security and have them stored in a secure location in the courthouse.  Plaintiff's trial paralegal will be permitted to enter Courtroom E and be allowed to set up and test trial equipment prior to the commencement of trial on the morning of December 6, 2010, or at such time thereafter as indicated by this Court.

IT IS SO ORDERED.    Plaintiff shall confirm a set up time by calling the Court's courtroom deputy at (415) 522-3694.

DATED:  November 1, _____, 2010

By: _____
HON. ELIZABETH D. LAPORTE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

-2-

PLAINTIFF RES-CARE INC.'S CORRECTED APPLICATION AND [PROPOSED] ORDER REGARDING TRIAL EQUIPMENT AND TECHNOLOGY; CASE NO. C-09-03856-EDL

2709896.1