KENNETH D. SIMONCINI, ESQ. (#145586)
KERRI A. JOHNSON, ESQ. (#138344)
ANGELA G. OMPOC, ESQ. (#242905)
SIMONCINI & ASSOCIATES
Attorneys At Law
1694 The Alameda
San Jose, CA 95126-2219
Telephone: (408) 280-7711
Facsimile: (408) 280-1330

Attorneys for Defendant ROTO-ROOTER SERVICES
COMPANY and ROTO-ROOTER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| RES-CARE, INC., et. al.,<br><br>Plaintiff,<br>v.<br><br>ROTO-ROOTER SERVICES COMPANY,<br>ROTO-ROOTER CORPORATION,<br>BRADFORD-WHITE CORPORATION,<br>LEONARD VALVE COMPANY, and DOES<br>1 through 20, inclusive. | Case No.: CV 09 3856 EDL<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO EXTEND THE DEADLINE FOR TAKING ROTO ROOTER'S EXPERT DEPOSITIONS TO NOVEMBER 16, 2010** |

Pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED, by and between the parties hereto, to extend the deadline for Plaintiff to take Roto Rooter retained expert, Mark Hunter, from October 29, 2010, as stated in the court's order of October 18, 2010, to November 16, 2010, which is Mr. Hunter's earliest availability.

---

STIPULATED REQUEST FOR ORDER CHANGING TIME TO EXTEND THE DEADLINE FOR TAKING ROTO ROOTER'S EXPERT DEPOSITIONS TO NOVEMBER 16, 2010

1

**(1) Mark Hunter is unavailable until November 16, 2010**

The extension is necessary because Mr. Hunter's earliest availability is November 16, 2010. Prior to the court's order of October 18, 2010, the parties agreed to have his deposition taken on November 16, 2010. Upon receipt of the court's order, Defendant ROTO ROOTER inquired with Mr. Hunter regarding his availability and was informed that he would be unavailable until November 16, 2010, which included being out of state from October 25 until November 2. Mr. Hunter has assured counsel for ROTO ROOTER that he would notify counsel immediately should he have any cancellations between November 2 and November 16.

**(2) Previous time modifications in this case**

Previously, Plaintiff RES-CARE requested an extension of the expert discovery cut-off date of September 30, 2010 to October 8, 2010 in order for the parties to take the depositions of Plaintiff's retained experts and Defendant LEONARD VALVE's retained experts. This request was granted by the court on September 21, 2010. Plaintiff RES-CARE also requested an extension of the expert discovery cut-off date as to Defendant ROTO ROOTER retained experts until October 15, 2010, pending the court's order on Plaintiff's motion to exclude Roto Rooter experts. The request was granted by the court on September 21, 2010.

In its October 18, 2010 order, the court ordered the depositions of Defendant Roto Rooter's retained experts to take place before October 29, 2010. As stated above, the parties had already agreed to the take the depositions of ROTO ROOTER'S retained experts as follows: Stephen Werner, Ph.D. on October 28, Michel Brones, M.D. on October 29, 2010, and Mark Hunter on November 16, 2010. The instant motion to extend is based on the court's order as it applies to Roto Rooter retained expert Mark Hunter.

//
//
//
//
//
//
//

STIPULATED REQUEST FOR ORDER CHANGING TIME TO EXTEND THE DEADLINE FOR TAKING ROTO ROOTER'S EXPERT DEPOSITIONS TO NOVEMBER 16, 2010

2

(3) The requested extension will have no effect on the schedule of the case

The extension requested by the parties will not affect the dates already set by the court in this matter, including the November 10, 2010 pre-trial conference or the December 6, 2010 trial date.

SO STIPULATED.

DATED: November 2, 2010                HANSON BRIDGETT LLP

By: /s/ Lori C. Ferguson
LORI C. FERGUSON
Attorneys for Plaintiff
RES-CARE, INC., et. al.

DATED: November 2, 2010                SIMONCINI & ASSOCIATES

By: /s/ Kerri A. Johnson
KERRI A. JOHNSON
Attorneys for Defendants
ROTO-ROOTER SERVICES COMPANY
and ROTO-ROOTER CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 4, 2010

By: /s/ Elizabeth D. Laporte
ELIZABETH D. LAPORTE
United States Magistrate Judge