IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | |
| Defendant. | |

A status conference is scheduled for December 7, 2010 at 3:00 p.m. The parties should be prepared to discuss dates for a further pretrial conference and trial. The Court is inclined to set the trial to begin on February 28, 2011.

**IT IS SO ORDERED.**

Dated: November 22, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge