1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RES-CARE INC.,                                    No. C-09-03856 EDL

        Plaintiff,                            **ORDER SETTING PRETRIAL**
                                                  **CONFERENCE AND TRIAL DATE**
  v.

ROTO-ROOTER SERVICES COMPANY,

        Defendant.
_____/

      Pursuant to the parties' December 9, 2010 stipulation, a twelve day jury trial will begin on May 9, 2011 at 8:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The Court will hold a further pretrial conference on April 19, 2011 at 2:00 p.m.

      **IT IS SO ORDERED.**

Dated: December 10, 2010

                                *Elizabeth D. Laporte*
                                 ELIZABETH D. LAPORTE
                                 United States Magistrate Judge