IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RES-CARE INC.,

        Plaintiff,

  v.

ROTO-ROOTER SERVICES COMPANY,

        Defendant.
                                   /

No. C-09-03856 EDL

**ORDER FOLLOWING PRETRIAL CONFERENCE**

On April 19, 2011, the Court held a further pretrial conference. As discussed at the conference, Defendant Roto-Rooter shall inform the Court no later than April 20, 2011 as to whether it will waive the jury in this case. Further, no later than April 25, 2011, each party shall file a brief of no more than five pages regarding the fiduciary/confidential duty issue.

**IT IS SO ORDERED.**

Dated: April _20__, 2011

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge