IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL |
| Plaintiff, | **ORDER RE: TRIAL SCHEDULE** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | |
| Defendant. | |

Defendant has withdrawn its jury demand in this case. Therefore, the court trial will be held on May 9, 2011 through May 13, 2011, May 16, 2011 and May 18, 2011. The Court will be dark on May 17, 2011. Trial hours are 9:00 a.m. to 4:00 p.m. The Court will take a 45-minute lunch and two 15-minute breaks. The Court allocates the trial hours as follows: 20 hours to Plaintiff and 16 hours to Defendant. The trial hours include time for opening and closing arguments, if any are necessary, which the Court does not anticipate.

**IT IS SO ORDERED.**

Dated: April _25_, 2011

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge