HANSON BRIDGETT LLP
JAMES A. NAPOLI – 131968
jnapoli@hansonbridgett.com
LORI C. FERGUSON – 230586
lferguson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff
RES-CARE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RES-CARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROTO-ROOTER SERVICES COMPANY, ROTO-ROOTER CORPORATION, BRADFORD-WHITE CORPORATION, LEONARD VALVE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. C-09-03856-EDL (LB)<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE CLOSING BRIEF<br><br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: August 21, 2009<br>Trial Date: May 9, 2011 |

Plaintiff Res-Care, Inc. ("Res-Care") has requested a one-day extension of time to file its Closing Brief, with corresponding briefing deadlines also extended by one day. Defendant does not oppose this request.

Having found good cause to extend the briefing deadlines, the Court hereby grants Plaintiff's request [Document 299].

Plaintiff's Closing Brief is now due on June 1, 2011.

///

///

- 1 -

[PROPOSED] ORDER TO EXTEND DEADLINE TO FILE CLOSING BRIEF; CASE NO. C-09-03856-EDL (LB)

3028450.1

1      Defendant's Response is due on June 8, 2011.

2      Plaintiff's Reply is due on June 15, 2011.

3      IT IS SO ORDERED.

4

5 DATED: May 27, 2011

6

7                             By: _____
                               HONORABLE ELIZABETH D. LAPORTE

- 2 -

[PROPOSED] ORDER TO EXTEND DEADLINE TO FILE CLOSING BRIEF; CASE NO. C-09-03856-EDL (LB)

3028450.1