United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL (DMR) |
| Plaintiff, | **ORDER TO RE-FILE JOINT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, ET AL., | |
| Defendants. | |

The Court has reviewed the Joint Motion for Determination of Good Faith Settlement Between Res-Care, Inc. and Leonard Valve Company [Docket No. 305], which has been referred to the undersigned for resolution.

As the motion discusses "confidential information" that is protected from disclosure pursuant to ADR Local Rule 7-5, **the Court hereby instructs the Clerk to remove Docket No. 305, filed on June 21, 2011, and Docket No. 306, filed on June 22, 2011, from ECF.** By no later than July 11, 2011, the parties are ordered to re-file the motion without any reference to confidential information, and to notice it for hearing not less than 35 days after service of the motion. See N.D. Cal. Civ. L.R. 7-2.

IT IS SO ORDERED.

Dated: July 5, 2011

DONNA M. RYU
United States Magistrate Judge