UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL (DMR) |
| Plaintiff, | **ORDER SETTING HEARING DATE ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN RES-CARE, INC. AND LEONARD VALVE COMPANY** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiff Res-Care, Inc. and Defendant Leonard Valve Company's Amended Joint Motion for Determination of Good Faith Settlement. *See* Docket No. 309. You are hereby notified that the hearing on the motion is set for **August 25, 2011 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The briefing schedule shall be as follows:

Any opposition to the motion shall be filed by no later than **July 25, 2011.**

Any reply shall be filed by no later than **August 1, 2011.**

IT IS SO ORDERED.

**United States District Court**
For the Northern District of California

1
2   Dated:  July 12, 2011
3   _____
4   DONNA M. RYU
    United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28