United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL (DMR) |
| Plaintiff, | **ORDER RE HEARING ON JOINT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiff Res-Care, Inc. and Defendant Leonard Valve Company's Amended Joint Motion for Determination of Good Faith Settlement [Docket No. 309], Defendant Roto-Rooter Services Company's ("Roto-Rooter") Response and Non-Opposition thereto [Docket No. 311], and Defendant Leonard Valve Company's July 26, 2011 letter requesting the Court "consider the motion prior to the August 25, 2011 hearing" [Docket No. 312].

As the Joint Motion is unopposed and it appears that the moving parties do not oppose Defendant Roto-Rooter's request that Roto-Rooter receive appropriate credit for these settlement proceeds, it appears that this matter is suitable for resolution without a hearing pursuant to Civil Local Rule 7-1(b). However, the Court notes that California Code of Civil Procedure section 877.6 provides that the parties "shall be entitled to a hearing on the issue of good faith of a settlement

entered into" by a plaintiff and an alleged tortfeasor. Therefore, out of an abundance of caution, any party that objects to the motion being decided without a hearing must file a statement of objection by no later than August 8, 2011. If there are no objections, the August 25, 2011 hearing will be taken off calendar and the motion will be decided on the papers.

IT IS SO ORDERED.

Dated: August 3, 2011

DONNA M. RYU
United States Magistrate Judge