IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C-09-03856 EDL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, et al., | |
| Defendants. | |

This action came before the Court for a bench trial, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Findings of Fact and Conclusions of Law issued on August 3, 2011, Plaintiff is entitled to judgment in the amount of $1,257,750. As stated in the Court's Findings of Fact and Conclusions of Law, this judgment may be amended to reflect additional settlement payments made to Plaintiff.

**IT IS SO ORDERED.**

Dated: August 3, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge