IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RES-CARE INC., | No. C -09-03856 EDL |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL** |
| v. | |
| ROTO-ROOTER SERVICES COMPANY, | |
| Defendant. | |

On December 14, 2011, Defendant Roto-Rooter filed a Request for a Stay of Execution of Judgment Pending Appeal, including a supersedeas bond in the amount of $1,897,912.00, which is one and one half times the amount of the judgment and costs. Plaintiff has informed the Court that it does not oppose Defendant's request in light of the filing of the bond. Accordingly, Defendant's request is granted. The Court approves the supersedeas bond and stays execution of judgment pending appeal.

**IT IS SO ORDERED.**

Dated: December 22, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge